IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JENNIFER M.,                                                     3:22-cv-00609-HZ

                Plaintiff,                                   ORDER

     v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

                Defendant.

HERNÁNDEZ, Senior Judge:

       Plaintiff Jennifer M. brought this action seeking review of the Commissioner's final decision to deny Supplemental Security Income and Disability Insurance Benefits. On April 11, 2023, pursuant to the Parties' stipulated motion, the Court reversed the Commissioner's decision and ordered that the case be remanded for additional proceedings. Order, ECF 26. Judgment was also entered that day. J., ECF 27. On December 23, 2024, Plaintiff's counsel received notice of Plaintiff's award for benefits. Pl. Mot. Ex. A, ECF 30-2

1 – ORDER

Plaintiff now seeks an award of fees of $18,479.43 pursuant to 42 U.S.C. § 406(b). Pl. Mot., ECF 30. Defendant has no objection to the request. *Id*. The Court has reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS the motion [30] and awards Plaintiff's counsel $18,479.43 in attorney's fees under 42 U.S.C. § 406(b). When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the $4,910.46 previously received under EAJA and send Plaintiff's attorney the balance of $13,568.97 less any applicable processing fees as allowed by statute. Any amount withheld after all administrative and court attorney's fees are paid should be released to Plaintiff.

IT IS SO ORDERED.

DATED: _____March 5, 2025_____.

_____
MARCO A. HERNÁNDEZ
United States Senior District Judge

2 – ORDER